UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEVIN O'NEAL CHANEY                         CIVIL ACTION

VERSUS                                      NO. 19-346

LOUISIANA STATE ET AL.                      SECTION "H" (2)

## <u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1) as legally frivolous, for seeking monetary relief against defendants who are immune from such relief, for failure to state a claim under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) and/or because defendants are immune or are not state actors.

New Orleans, Louisiana, this ____4th____ day of ____November____, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**